DECIDED APRIL 20, 1934.

*Price Edwards,* for plaintiff in error.
*S. W. Ragsdale, solici'or-general,* contra.

### 23904.   WOOD *v.* THE STATE.

BROYLES, C. J.   The accused was convicted of possessing beer containing more than one half of one per cent. alcohol.   The verdict was demanded by the evidence, and the special grounds of the motion for a new trial show no cause for another hearing of the case.

*Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 20, 1934.

140

*E. T. Moon,* for plaintiff in error.
*L. L. Meadors, solicitor,* contra.